# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WALETTA NEWTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1400-M |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 30, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by October 20, 2013.[1]  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on September 30, 2013;

(2)   REVERSES the decision of the Commissioner;

(3)   REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

---

[1] Due to the government shutdown, this deadline was extended to November 19, 2013.

(4)   ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 21st day of November, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE